1. Your Name: John, Theresa, Renee Reichlin
2. Address: 2355 morehead rd, Crescent city, CA 95531
3. Phone Number: (707) 458-9201 / (707) 487-0693
4. Fax Number: _____
5. E-mail Address: _____
6. Pro Se Plaintiff

FILED
NOV 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

John, Theresa, Renee Reichlin

Plaintiff(s),

vs.

Del Norte County Department of health and human Services

Defendant(s).

Case Number: CV 14 5213 NJV *[leave blank]*

COMPLAINT

DEMAND FOR JURY TRIAL
Yes ☐   No ☒

1. **Parties in this Complaint**

   a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

   Name: John Reichlin
   Address: 2355 morehead rd crescent city, CA 95531
   Phone number: (707) 218-0486

COMPLAINT
PAGE 1 OF 6 [JDC TEMPLATE]

rev: 6/2013

plaintiffs cont.

Theresa Reichlin
2355 morehead Rd.
crescent city, CA
95531 (707) 218-4676

Renee Reichlin
2355 morehead rd.
crescent city, CA
95531 (707) 458-9201

b. **Defendant(s).** Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.

**Defendant 1:**

Name: Del Norte County dept. of Health & Human Services.

Address: 880 Northcrest drive.
Crescent City, CA 95531

**Defendant 2:**

Name: Open Door Community Health Centers.

Address: 550 e. Washington Blvd. (Dr. Warren Rhewhaldt.)
Crescent City, CA 95531

**Defendant 3:**

Name: Candace Cudworth

Address: 252 North St
Smith River, CA

**Defendant 4:**

Name:_____

Address:_____
_____

2. **Jurisdiction**

Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

[X] My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

Which law(s) or right(s) are involved? I, V, IX, X

[X] My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants AND the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 6 [JDC TEMPLATE]

rev: 6/2013

### 3. Venue

This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because _We reside in Del Norte all defendants live in California, we are suing a federal agency._

### 4. Intradistrict Assignment

There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.

This lawsuit should be assigned to [Select one: San Francisco/Oakland, San Jose, OR Eureka] Division of this Court because _Eureka division is closest to where we reside_

### 5. Statement of Facts and Claims

Write a short and simple description of the _facts_ of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE 3 OF 6 [JDC TEMPLATE]

rev: 6/2013

5A. Our complaint with the IHSS department is not only were the social workers within the department cold and unsympethetic, they repeatedly denied us access to documentation under California State laws. For what reason? The department scheduled mandatory appointments for to see if the hours were being met they failed to show for home visit rescueduled failed to show again The program is unorganized and have not shown to be very competent in making sure clients are recieving the care nesessary.

5b. as a employee within the state. she Candace Cudworth is a mandated reporter. why she was not treated sooner is unknown and also wrong. Our mother suffered at the hands of the person who was supposed to be careing for her. Her lesions were longstanding w/ scabs and hair obviously her hygiene was not kept. Her nutritional state was poor. what did she do the hours she was there. if her nutrition and hygiene were poor and minimal?

5c Our complaint with Dr. Warren Rheuhaldt is as her M.D. to our understanding he should be involved in her case management makeing sure she is recieving the care nescesary

29. We asked for medical records but were denied. We
30. asked to speak with Dr. Rhewhaldt but were
31. unable to.
32. 5D. We were never notified once of her poor care.
33. or health. We had the Right to know of
34. the pain she was suffering so we could get
35. medical help.

6. **Demand for Relief**

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

~~UNDER MAXIMUM RULE 15,000 FROM ALL PARTIES~~

UNDECIDED BUT MAX ALLOWED FOR EVERY PARTY INVOLVED, FOR THE PARTIES INVOLVED TO BE REPRIMANDED. (ETC)

and for a closer look to be given to the IHSS department & standards. Also release of all medical records.

7. **Demand for Jury Trial**

Check this box if you want your case to be decided by a jury, instead of a judge.

☐ Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: NOV 1, 2014    Sign Name: *[signature]*
                     Print Name: John Reichlin
                     *[signature]* Theresa Aldrich Reichlin
                     *[signature]* Renee Reichlin

COMPLAINT
PAGE 6 OF 6 [JDC TEMPLATE]

rev: 6/2013