Wayne H. Maire, State Bar No. 88850
Patrick L. Deedon, State Bar No.: 245490
Michael J. Makdisi, State Bar No. 1257149
**MAIRE BURGESS & DEEDON**
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)

Attorney(s) for Defendant,
DEL NORTE COUNTY DEPARTMENT OF HEALTH
AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN, THERESA, RENEE REICHLIN, | CASE NO.:   CV 14 5213 |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTIONS TO DISMISS |
| vs. | |
| DEL NORTE COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, OPEN DOOR COMMUNITY HEALTH CENTERS; CANDACE CUDWORTH, | |
| Defendants. / | |

Defendant, DEL NORTE COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, by its attorney, Patrick L. Deedon, request to appear telephonically at Defendants'

Maire Burgess & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTIONS TO DISMISS                                                                 PAGE 1

1  Motions to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) set for April 28, 2015 at 11:00 a.m.
2  in Courtroom 205 is granted.
3       **IT IS SO ORDERED.**
4
5  Dated: <u>April 14, 2015</u>

                                            Judge Nandor J. Vadas
6                                              United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Maire Burgess & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTIONS TO DISMISS

Re            :   *Reichlin v. Del Norte County Dept. of Health and Human Services* (#6235)
Case No.      :   Northern District CV 14 5213

### CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Shasta County, California; I am over the age of eighteen years and not a party to the within action; my business address is 2851 Park Marina Drive, Suite 300, Redding, California 96001; P.O. Drawer 994607, Redding, California 96099-4607; on this date I served:

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTIONS TO DISMISS**

__X__  **United States Mail** - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

_____  **Facsimile** - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

_____  **Electronic Service** - by causing such document to be served electronically to the addresses listed below.

_____  **Express Service** - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

_____  **Personal Service** - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

__X__  **Federal Court** – I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

### SEE ATTACHED MAILING LIST

Executed this _13_ day of _April_, 2015 at Redding, California.

By: _J. Hill_
T. HILL

Maire Burgess & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTIONS TO DISMISS

PAGE 3

## PROOF OF SERVICE MAILING LIST

John, Theresa, Renee Reichlin
*In Pro Se*
2355 Morehead Road
Crescent City, CA 95531

Amelia F. Burroughs
JANSSEN MALLOY LLP
730 Fifth St.
P. O. Drawer 1288
Eureka, CA 95501
Tel:  (707) 445-2071 / 445-8305 Fax
*ATTORNEYS FOR DEFENDANTS OPEN DOOR COMMUNITY HEALTH CENTER and WARREN REHWALDT, M.D.*

Candace Cudworth Floyd
P. O. Box 322
Smith River, CA 95567
Tel:  (707) 354-3301
*DEFENDANT IN PRO SE*

Maire Burgess & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTIONS TO DISMISS

PAGE 4