UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN REICHLIN,<br><br>     Plaintiffs,<br><br>v.<br><br>DEL NORTE COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>     Defendants. | No. 1:14-CV-5213 NJV<br><br>ORDER TAKING DEFENDANTS' MOTIONS TO DISMISS UNDER SUBMISSION ON THE PAPERS |

Defendants have filed motions to dismiss which are set for hearing before the court on April 28, 2015. The matters are fully briefed. Pursuant to Civil Local Rule 7-1(b), the court finds that these matters are appropriate for decision without oral argument and therefore takes the matters under submission. The matters will be decided on the papers.

IT IS SO ORDERED.

Dated: April 17, 2015

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN REICHLIN,<br><br>      Plaintiff,<br><br>v.<br><br>DEL NORTE COUNTY DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant.<br>_____/ | No. 1:14-CV-5213 NJV<br><br>**CERTIFICATE OF SERVICE** |

      I, the undersigned, hereby certify that on April 17, 2015, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

John Reichlin
2355 Morehead Rd.
Crescent City, CA 95531

*Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

2