UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN REICHLIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEL NORTE COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No.  14-cv-05213-NJV   (NJV)<br><br>**ORDER CONTINUING  CASE MANAGEMENT CONFERENCE** |

The case management conference set for May 12, 2015, is HEREBY CONTINUED to June 23, 2015, at 1:00 p.m.  The parties may attend telephonically by calling 888-684-8852 and entering access code 1868782.  The case management statement shall be filed no later than June 16, 2015.

**IT IS SO ORDERED**.

Dated: May 8, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REICHLIN,<br><br>           Plaintiff,<br><br>     v.<br><br>DEL NORTE COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>           Defendants. | Case No.  14-cv-05213-NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/8/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John  Reichlin
2355 Morehead Rd.
Crescent City, CA 95531

Candace Cudworth
P.O. Box 322
Smith River, CA 95567

Dated: 5/8/2015

Richard W. Wieking
Clerk, United States District Court

By:_____/s/_____
Linn Van Meter, Law Clerk to the
Honorable NANDOR J. VADAS

2