United States District Court
Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6                      EUREKA DIVISION

7

8    JOHN REICHLIN, et al.,                    Case No.  14-cv-05213-NJV

          Plaintiffs,
9                                              **ORDER RE MOTION TO DISMISS BY**
                                               **DEFENDANT DEL NORTE COUNTY**
          v.                                   **DEPARTMENT OF HEALTH AND**
10                                             **HUMAN SERVICES**
     DEL NORTE COUNTY DEPARTMENT
11   OF HEALTH AND HUMAN SERVICES, et          Re: Dkt. No. 12
     al.,
12
          Defendants.
13

14          Plaintiffs John Reichlin, Theresa Reichlin, and Renee Reichlin filed their complaint on

15   November 24, 2014, naming as Defendants Del Norte County Department of Health and Human

16   Services, Open Door Community Health Centers, Warren Rehwaldt, M.D., and Candace

17   Cudworth.  Defendant Del Norte County Department of Health and Human Services

18   has filed a motion to dismiss Plaintiffs' complaint  pursuant to Federal Rule of Civil Procedure

19   12(b)(6) for failure to state a claim on which relief can be granted.  The court took the matter

20   under submission on the papers, and for the reasons explained below, dismisses this action on

21   other grounds.

22          Plaintiff's civil cover sheet indicates that the "Nature of the Suit" was "362.  Personal

23   Injury/Medical Malpractice."  The same civil cover sheet, under "Cause of Action," states,

24   "Several civil rights violated, care did not comply with professional standard."  In their

25   Complaint, Plaintiffs allege medical negligence claims against Defendants, arising out of the

26   relationship between their mother, who died in May 2014, and Defendants.

27          In their pro se Complaint filed November 25, 2014, Plaintiffs assert the existence of

28   federal question subject matter jurisdiction.  As response to the question, "[w]hich laws or rights

1    are involved?" on the form complaint, Plaintiffs list simply, "I, V, IX, X."  It appears that Plaintiffs

2    rely on the First, Fifth, Ninth, and Tenth Amendments to the United States Constitution to support

3    their claim and to establish subject matter jurisdiction over the case.  However, neither the United

4    States Constitution nor Federal law supports a medical malpractice claim.  None of the

5    amendments cited by Plaintiffs confer any right to adequate healthcare.  Medical malpractice

6    claims are governed by state statutes and state common law.  *See Bui v. AT&T*, 310 F.3d 1143,

7    1147 (9th Cir. 2002) (attempt to invoke Federal jurisdiction under ERISA for a medical

8    malpractice claim rejected; state law and regulation govern medical malpractice cases).

9    Based on the foregoing, the court finds that Plaintiffs have failed to establish any basis for

10   federal subject matter jurisdiction over this action as to Defendant Del Norte County Department

11   of Health and Human Services.  While Plaintiffs state in their opposition to the motion to dismiss

12   that they believe that they have a viable claim and that there are unspecified violations of the

13   Social Security [A]ct and federal codes and regulations, this court is powerless to grant leave to

14   amend when, as here, it lacks jurisdiction over the original complaint.  *Morongo Band of Mission*

15   *Indians v. California  State Bd. of Equalization*, 858 F.2d 1376, 1380 (9th Cir. 1988).  Federal

16   subject matter jurisdiction must exist at the time an action is commenced.  Without such

17   jurisdiction, the court has no power but to dismiss the action.  *Id*.

18   In their complaint, Plaintiffs allege that Defendant Candace Cudworth is a state employee.

19   Complaint, Para. 5b.  The court therefore must conclude that it lacks subject matter jurisdiction

20   over Plaintiff's claims against Defendant Cudworth for the same reasons described above.

21

22   Accordingly, IT IS HEREBY ORDERED that:

23   1.  This action is DISMISSED with prejudice as to Defendant Del Norte County

24   Department of Health and Human Services and as to Defendant Candace Cudworth for

25   lack of subject matter jurisdiction;

26   2.  Defendant Del Norte County Department of Health and Human Services' motion to

27   dismiss for failure to state a claim on which relief can be granted pursuant to

28   Fed.R.Civ.P 12(b)(6) is DENIED as moot.

United States District Court
Northern District of California

2

1         3.  The Clerk of the Court is directed to close this case.

2  **IT IS SO ORDERED**.

3

4

5  Dated:  May 12, 2015

6                                                                     

7                                        NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

3